FILED BY_____D.C.

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

05 NOV 28 AM 6:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JAMES GEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:04-02753-DV |
| v. ) | |
| ) | |
| SWIFT TRANSPORTATION CO., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Plaintiff James Gean and Defendant Swift Transportation Co. have jointly moved this Court for an Order extending the time within which to complete discovery from November 24, 2005, until January 31, 2006, and to move the deadline for dispositive motions from December 23, 2005, until February 8, 2006. The parties agree that all other scheduled dates will remain as previously scheduled. After considering the joint motion, the Court finds the motion to be well taken.

IT IS, THEREFORE, ORDERED that the parties be allowed until and including the 31st day of January, 2006, to complete discovery and until and including the 8th day of February, 2006, to file dispositive motions. All other scheduled dates will remain as previously scheduled.

ENTERED this 25th day of November, 2005.

Diane K. Vescovo
~~Judge Bernice B. Donald~~
U.S. Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02753 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

J. Gregory Grisham
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Dan M. Norwood
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

David B. Stevenson
1407 Union Avenue, Suite 807
Memphis, TN 38104

Jeff Weintraub
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

James Gean
8776 Greenway Road
Southaven, MS 38671

Honorable Bernice Donald
US DISTRICT COURT